IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC VREELAND,

    Plaintiff,

v.                                                     Case No. 15-cv-0993 LAM/SMV

FIRST SAVINGS BANK, and
ALFREDO PEREA,[1]

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    March 23, 2016, at 9:30 a.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **March 23, 2016, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2]  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The Clerk of the Court entered default against Alfredo Perea on March 8, 2016.  [Doc. 21].
[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.